In the Matter of the Arbitration Between INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA TRUCK DRIVERS AND CHAUFFEURS LOCAL UNION No. 807 and L. & H. TRANSPORTATION CO., INC.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, NOVEMBER, 1942.
### (November 2, 1942.)

SCHUYLER HANSON, Respondent, v. QUEENSBORO FARM PRODUCTS, INC., Appellant.—

Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of DAVID KIRSCHENBAUM.

Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

IRVING N. SIDMAN, Appellant, v. MANIE SIDMAN et al., Respondents.—

Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.